**Brian Charles VAETH, Plaintiff–Appellant,**

v.

**BOARD OF TRUSTEES, FIRE & POLICE EMPLOYEES RETIREMENT SYSTEMS OF BALTIMORE CITY; William J. Goodwin, Jr., Chief of Baltimore City Fire Department; Mayor & City Council of Baltimore City; Frederick McGrath, Hearing Examiner, Panel of Hearing Examiners for the Fire & Police Employees Retirement Systems of Baltimore City, Defendants—Appellees.**

No. 09–2056.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 9, 2010.

Decided: Nov. 23, 2010.

Brian Charles Vaeth, Appellant Pro Se. William Rowe Phelan, Jr., Sabrina Willis, Baltimore City Department of Law, Baltimore, Maryland, for Appellees.

Before WILKINSON, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Charles Vaeth appeals the district court's order granting judgment to Defendants in this action raising various federal and state claims in connection with his termination from employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Vaeth v. Bd. of Trustees, Fire & Police Employees Retirement Sys.,* No. 1:08–cv–00708–RDB, 2009 WL 2487076 (D.Md. Aug. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*